

FILED

DEC  4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No. CR-98-5337-AWI |
| vs. | ) | ORDER OF RELEASE |
| ENRIQUE AMEZCUA, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on DECEMBER 3, 2007 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released to Westcare on December 4, 2007 at 9:00 a.m.  A certified Judgment and Commitment order to follow.


DATED:  /2 - 5 - 0 7


ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1