**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Anthony W. Ishii
United States District Judge
Fresno, California

                        RE:    Enrique Amezcua
                               Docket Number:  1:98CR05337-01 AWI
                               MODIFICATION OF SENTENCED
                               IMPOSED ON DECEMBER 3, 2007

Your Honor:

On December 3, 2007, the supervisee appeared before Your Honor for sentencing on a violation of supervised release.  The nature of the violations are as follows:  <u>Charge 2</u>: Failure to Follow Instructions of the Probation Officer; and <u>Charge 3</u>: Current Whereabouts Unknown.  <u>Charge 1</u>: was dismissed in the interest of justice.

At the time of sentencing, the Court stated on record that supervision continue under the same terms and conditions previously imposed and ordered the supervisee to be released to staff of the West Care Residential Program in Fresno, California.  However, the Court proceeded to impose 28 days (time served on probation violation case in San Joaquin County) and re-imposed TSR for 49 months.

Because supervised release was not revoked, TSR should have not been re-imposed and neither should have the supervisee received 28 days credit for custody he had served on a different case.  As a result, the Judgement and Commitment Order is not valid.  I do apologize for the inconvenience as this should have been addressed in Court.  Simply, the order should read as follows:

> **IT IS THE JUDGEMENT OF THE COURT** that supervised release heretoforegranted on June 11, 2007 is hereby continued with all previously ordered conditions in full force and effect with modifications to special conditions.

RE:     Enrique Amezcua
        Docket Number:   1:98CR05337-01 AWI
        <u>MODIFICATION OF SENTENCE IMPOSED</u>


With such order, the sentence will be less punitive as his supervision continues without having to re-impose a longer term.   The only change is simply a modification to the supervisee's special conditions.  As such, the undersigned officer is recommending the Court modify the December 3, 2007, sentencing to include the above.

Therefore, there should be no "**Imprisonment**" page on the Judgment and Commitment; and the **"Supervised Release"** section should read, "Continued with same terms previously imposed and modified."   The above will make the Judgment correct.  Should you need to speak with me regarding the change, please call me at (559) 499-5725.

                                Respectfully submitted,

                                /s/ Jose T. Pulido

                        **Jose T. Pulido**
                        **United States Probation Officer**

Dated:       January 7, 2008
             Fresno, California
             jtp


**REVIEWED BY:**       /s/ Bruce A. Vasquez
                       **BRUCE A. VASQUEZ**
                       **Supervising United States Probation Officer**



cc:     Karen A. Escobar
        Assistant United States Attorney

        Victor Chavez
        Defense Counsel

**RE:    Enrique Amezcua**
   **Docket Number:   1:98CR05337-01 AWI**
   **MODIFICATION OF SENTENCE IMPOSED**

---

**THE COURT ORDERS:**

( )    The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )    Submit a Request for Modifying the Conditions or Term of Supervision.

( )    Submit a Request for Warrant or Summons.

( **X** )    Other: **Modification of sentence imposed on December 3, 2007, as recommended and the Judgment and Commitment order changed.**

IT IS SO ORDERED.

**Dated:   January 24, 2008**              /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE